Complaint

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

___ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

AUG 1 2 2013

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

James E. Clarke )
Renee Dyson )
Shannon Menapace )
   Substitute Trustees )
PO Box 2548 )
Leesburg, VA 20177 )
   ) Civil No.
   Plaintiffs )
v. )
   )
Carlvern M. Dunn and Paula N. Graham-Dunn )
11941 Saint Francis Way )
Bowie, MD 20721 )
   )
   Defendants )

**THIS IS A RESIDENTIAL PROPERTY**
**PROPERTY ADDRESS: 11941 SAINT FRANCIS WAY, BOWIE, MD 20721**
ORDER TO DOCKET RESIDENTIAL FORECLOSURE

Clerk:

**THE PARTIES HAVE NOT ELECTED TO PARTICIPATE IN PREFILE MEDIATION.**

Please docket this case and accept the following exhibits herein:

1. Preliminary Loss Mitigation Affidavit Pursuant to Md. Code, Real Property, § 7-105.1(e)(2)(x)(2) and Md. Rule 14-207(b)(8)
2. Md. Rule 14-207(b)(6) Residential Property Statement
3. Md. Rule 14-207(b)(1) Deed of Trust Affidavit
4. Deed of Trust [Pursuant to Md. Code, Real Property, § 7-105.1(e)(2)(i) and Md. Rule 14-207(b)(1)]
5. Md. Code, Real Property, § 7-105.1(e)(1)(ii) and 7-105.1(e)(2)(ii) and Md. Rule 14-207(b)(2) Debt and Right to Foreclose Affidavit
6. Md. Code, Real Property, § 7-105.1(e)(2)(iii) and Md. Rule 14-207(b)(3) Note Affidavit
7. Note [Pursuant to Md. Code, Real Property § 7-105.1(e)(2)(iii) and Md. Rule 14-207(b)(3)]
8. Md. Rule 14-207(b)(4) Assignment/Appointment Affidavit with Attachments Required by Md. Code, Real Property § 7-105.1(e)(2)(iv)
9. Md. Code, Real Property, § 7-105.1(e)(2)(v) and Md. Rule 14-207(b)(5) Non-Military Status Affidavit
10. Md. Code, Real Property, § 7-105.1(e)(1)(ii)(1) and Md. Rule 14-207(b)(8) Default Affidavit and Notice of Intent to Foreclose Affidavit
11. Notice of Intent to Foreclose [Pursuant to Md. Code, Real Property, § 7-105.1(e)(2)(vi) and Md. Rule 14-207(b)(8)]
12. Line of Appearance and Md. Rule 1-313 Certification

Name of Mortgage Lender (if applicable):     First Home Mortgage Corporation
Maryland Mortgage Lender License Number:     N/A
Name of Mortgage Originator (if applicable):     N/A
Maryland Mortgage Originator License Number:     N/A

NOTE TO COURT: This Order to Docket was sent for service on Defendant(s) in accordance with Md. Code, Real Property, section 7-105.1(f) and the Commissioner of Financial Regulation's adopted regulations found in COMAR 09.03.12. Separate affidavit(s) of service on Defendant(s) will be filed in this foreclosure action, which will specify the color (if any), sequence, and documents that were served.

NOTE TO DEFENDANTS: The sequence of the above exhibits filed with the Court may not be the exact sequence in which these documents will have been served on you. Additionally, you may have received notices and attachments that are not expressly listed above. This Order to Docket cover page was filed with the Court and is included in what we are serving on you so that you will receive all papers filed with the Court.

RESPECTFULLY SUBMITTED

BY: *(signature)*
\_\_ James E. Clarke
\_\_ Renee Dyson
\_\_ Shannon Menapace
✓ Erin M. Cohen
Atlantic Law Group, LLC
PO Box 2548
Leesburg, Virginia 20177
Tel (703) 777-7101
Fax (703) 940-9110
ALG 531074