IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| James E. Clarke et al | ) |
| Plaintiffs | ) |
| v. | ) Civil No: DKC 13-CV-2330 |
| Carlvern M. Dunn et al | ) |
| Defendants | ) |

**DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS'
ORDER TO DOCKET RESIDENTIAL FORECLOSURE AND AFFIDAVITS**

COMES NOW, the Defendants Carlvern M. Dunn and Paula N. Graham-Dunn (hereinafter "Defendants") and respectfully files with this Court DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' ORDER TO DOCKET RESIDENTIAL FORECLOSURE AND AFFIDAVITS. Because Plaintiffs have filed a series of Affidavits executed by third parties rather than a complaint, Defendants' answers and affirmative defenses are in response to the affidavits included in the order to docket, and as grounds thereof state:

1. The foreclosure action was filed in the Circuit Court for Prince George's County, Maryland on July 22, 2013 entitled "*CDM v. Dunn*" Civil Action Number CAEF13-20966.

2. This case was removed to this Court on August 12, 2013. Defendants were served on or about July 28, 2013.

3. Defendants DENY that the contents of the Affidavit of Debt and Right to Foreclose are true.

4. Defendants DENY that the contents of the Affidavit of Note Ownership are true, and DENY that the Note attached is a true and accurate copy.

5. Defendants DENY that the contents of the Assignment/Appointment Affidavit are true.

6. Defendants ADMIT that the contents of the Non-Military Status Affidavit are true.

7. Defendants DENY that the contents of the Affidavit of Default are true.

8. Defendants DENY that they have any duty to the named Plaintiffs in this case.

### DEFENDANTS' AFFIRMATIVE DEFENSE I

With regard to the Order to Docket Residential Foreclosure, the Plaintiffs' counts are barred in whole or in part, because the Plaintiffs lack standing.

### DEFENDANTS' AFFIRMATIVE DEFENSE II

With regard to the Order to Docket Residential Foreclosure, the Plaintiffs' claims are barred in whole or in part, because the Plaintiffs lacked standing when the case was filed.

### DEFENDANTS' AFFIRMATIVE DEFENSE III

With regard to the Order to Docket Residential Foreclosure, the Plaintiffs' counts are barred in whole or in part, because the Plaintiffs are not the real party in interest.

### DEFENDANTS' AFFIRMATIVE DEFENSE IV

With regard to the Order to Docket Residential Foreclosure, the Plaintiffs' claims are barred in whole or in part because the Plaintiffs are not the owner or the holder of the Promissory Note in question.

### DEFENDANTS' AFFIRMATIVE DEFENSE V

With regard to the Affidavit of Note Ownership, Plaintiffs' claims are barred in whole or in part, because at the time this case was filed, Associated Bank N.A. was not the owner or the holder of the Note in question. *See* Exhibit 1 Letter dated May 31, 2013.

### DEFENDANTS' AFFIRMATIVE DEFENSE VI

With regard to the Order to Docket Residential Foreclosure, the Plaintiffs' claims are barred in whole or in part, because the Plaintiffs are not authorized to bring this action by any person who had an interest in Promissory Note in question.

### DEFENDANTS' AFFIRMATIVE DEFENSE VII

With regard to the Order to Docket Residential Foreclosure, the Plaintiffs' claims are barred in whole or in part, because at the time the Complaint was filed, the Plaintiff was not authorized to bring this action by any person who had an interest in the Promissory Note in question.

### DEFENDANTS' AFFIRMATIVE DEFENSE VIII

With regard to the Order to Docket Residential Foreclosure, the Plaintiff's claims are barred in whole or in part, because the Plaintiff is not authorized to bring or maintain this action by all of the people who had an interest in the Deed of Trust or Promissory Note in question.

**[VERIFICATION FOLLOWS]**

Prepared and respectfully submitted by,

_____
Carlvern M. Dunn
11941 Saint Francis Way
Bowie, MD 20721

_____
Paula N. Graham-Dunn
11941 Saint Francis Way
Bowie, MD 20721

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, under penalty of perjury, that a true and correct copy of the foregoing Counter Claim was furnished to the Counter Defendants via USPS first class mail on or about November 18 2013 as follows:

Rita Ting-Hopper, Esq.
MD #15541
Atlantic Law Group, LLC
1602 Village Market Blvd, SE, Suite 310
Leesburg, Virginia 20175

_____
Carlvern M. Dunn