**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | | |
|---|---|---|
| JAMES E. CLARK, *et al.*, | ) | |
| | ) | |
| Plaintiffs/Counter-Defendants, | ) | |
| | ) | |
| v. | ) | Civil Action No. 13-cv-2330 (DKC) |
| | ) | |
| CARLVERN M. DUNN, *et al.*, | ) | |
| | ) | |
| Defendants/Counter-Plaintiffs. | ) | |
| _____ | ) | |
| | ) | |
| CARLVERN M. DUNN, *et al.*, | ) | |
| | ) | |
| Counter-Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST HOME MORTGAGE | ) | |
| CORPORATION, *et al.*, | ) | |
| | ) | |
| Counter-Defendants. | ) | |
| _____ | ) | |

**COUNTER DEFENDANT MERS' OPPOSITION TO COUNTER PLAINTIFFS'**
**MOTION TO STRIKE AMENDED MEMORANDUM OF LAW IN SUPPORT OF**
**MOTION TO DISMISS COUNTERCLAIM**

COMES NOW Counter Defendant Mortgage Electronic System ("MERS") by and through its undersigned counsel, hereby opposes Counter Plaintiffs' Motion to Strike Counter Defendant's Memorandum of Law in Support of Motion to Dismiss Counterclaim ("Motion to Strike) and avers:

Counter Plaintiffs, pro se, file a Motion to Strike based upon the erroneous allegation of an alleged violation of Federal Rules of Civil Procedure ("FRCP") Rule 15 and Local Rule 103 regarding pleadings. MERS did not seek to amend any pleadings. As per FRCP Rule 7, a pleading would include a complaint, answer, answer to counterclaim, and answer to cross claim.

However, in this case MERS is not amending a pleading.  A motion to dismiss is not a pleading, it is a motion, and therefore Rule 15 does not apply.

Even if the Court would somehow consider the application of FRCP Rule 15, Rule 15 amendment is encouraged and favored, where no prejudice or disadvantage was suffered by opposing side.  See <u>McDowall v Orr Felt & Blanket Co. (1944, CA6 Ohio) 146 F2d 136.</u> MERS' amendment does not violate any rules and does not prejudice any parties.  Further, the amendment does not change any of the original arguments in the Motion to Dismiss, but merely provides further clarification and additional authorities for the Court's consideration.

WHEREFORE, the Counter Defendant respectfully request that this Honorable Court deny Counter Plaintiffs' Motion to Strike, award attorneys' fees and costs, and grant such further relief that this Court deems appropriate.

Respectfully Submitted,

_____/s/ Rita Ting-Hopper_____
Rita Ting-Hopper, Esq.
MD #15541
Atlantic Law Group, LLC
1602 Village Market Blvd, SE, Suite 310
Leesburg, Virginia 20175
Phone: 703-777-7101
Fax:    703-940-9119
rting-hopper@atlanticlawgrp.com
*Counsel for Counter Defendant, MERS*

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on this 21st day of April 2014, a copy of *Counter Defendant MERS' Opposition to Counter Plaintiffs' Motion to Strike Amended Memorandum of Law in Support of Motion to Dismiss Counterclaim* was electronically filed with the Court and sent via USPS First Class Mail to:

Carlvern M. Dunn
Paula N. Graham-Dunn
11941 Saint Francis Way
Bowie, MD 20721

Bruce E Alexander, Esquire
Weiner, Brodsky, Sidman, Kider, PC
1300 19th Street, NW, Suite 500
Washington, D.C. 20036
*Counsel for Counter Defendant,*
*First Home Mortgage Corporation*

                                          /s/ Rita Ting-Hopper
                                Rita Ting-Hopper, Esq.
                                MD #15541
                                Atlantic Law Group, LLC
                                1602 Village Market Blvd, SE, Suite 310
                                Leesburg, Virginia 20175
                                Phone: 703-777-7101
                                Fax:    703-940-9119
                                rting-hopper@atlanticlawgrp.com
                                *Counsel for Counter Defendant, MERS*